

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Winchester | Civil Action No.  23-cv-01447-W-JLB |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi Acting, Commissioner of Social Security, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The final decision by the Commissioner of Social Security is REVERSED.
The case is REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision. Final judgment in this case is in favor of Plaintiff and against Defendant. Case is closed.

Date:  9/26/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

L. Sotelo, Deputy