UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WINCHESTER,<br><br>                                Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                                Defendant. | Case No.: 23-cv-1447 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. § 2412(d) [DOC. 11]** |

Pending before the Court is the parties' joint motion for the award of attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 11] and **AWARDS** $1,480.96 in attorney fees and costs under the EAJA.

   **IT IS SO ORDERED**.

Dated:  November 9, 2023

_____
Hon. Thomas J. Whelan
United States District Judge